**ORIGINAL**

**FILED**

06/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0100

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0100

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ANTHONY CRAIG WEIMER,

Defendant and Appellant.

ORDER

**FILED**

JUN 0 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Anthony Craig Weimer moves this Court for appointment of counsel and a sixty-day extension of time to file the opening brief. Weimer states that he is incarcerated, that he has no funds, and that he previously had a public defender to represent him in his underlying matter. This Court observes that Weimer's opening brief is due on June 19, 2023, because the transcripts have been filed, as explained in this Court's prior Order.

Weimer appeals a December 28, 2022 Amended Judgment and Sentence issued in the Eleventh Judicial District Court, Flathead County. Weimer may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Weimer's Motion for Appointment of Counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel.

IT IS FURTHER ORDERED that the opening brief is DUE on or before Friday, August 18, 2023. Counsel for Weimer may seek additional extensions of time.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division, counsel of record, and Anthony Craig Weimer personally.

DATED this 1st day of June, 2023.

For the Court,

By: _____

Chief Justice